UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

_____

13-17028

Consolidated with 13-16819, 13-16918, 13-16919, 13-16929, 13-16936 and 13-17097

_____

In re: Angel Fraley et al v. Facebook, Inc.

_____

ANGEL FRALEY; et al.,

Plaintiff – Appellees,

v.

JOHN SCHACHTER, on behalf of himself and

his minor son S. M. S; et al

Objector-Appellants

v.

THOMAS L. COX JR. TRACEY COX KLINGE AND KATIE SIBLEY

Objector-Appellants

v.

FACEBOOK, INC.,

Defendant- Appellee

Appeal From Judgment Entered by
The United States District Court, Northern District of California, San Francisco,
District Court Hon. Richard Seeborg
District Court Case No.3:11-cv-01726-RS

_____

MOTION FOR EXTENSION OF TIME TO FILE BRIEF - Page 1

# BRIEF OF OBJECTOR - APPELLANT THOMAS L. COX JR. TRACEY COX KLINGE AND KATIE SIBLEY

_____

Thomas L. Cox, Jr
4934 Tremont
Dallas, Texas 75214
469-531-3313
tcox009@yahoo.com

_____

## Motion For Extension of Time to File Appellant Thomas L. Cox Jr. Tracey Cox Klinge and Katie Sibley Brief and Records Excerpts

_____

Thomas L. Cox Jr
4934 Tremont
Dallas, Texas 75214
469-531-3313
214-855-7878(fax)
tcox009@yahoo.com

COMES NOW Thomas L. Cox Jr., Tracey Cox Klinge and Katie Sibley, Plaintiff - Appellants, and files this Motion for Extension of Time to file their Brief and Records Excerpts and would respectfully show the Court the following:

1. Thomas L. Cox Jr., Tracey Cox Klinge and Katie Sibley's brief is currently due on March 7, 2014.

2. Thomas L. Cox Jr., Tracey Cox Klinge and Katie Sibley request a 10 day extension until March 17, 2014.

MOTION FOR EXTENSION OF TIME TO FILE BRIEF - Page 2

3. Thomas L. Cox Jr., Tracey Cox Klinge and Katie Sibley have previously been granted ECF streamlined request for extension of time. This Motion is not to delay the appeal, but is sought so that justice may be served.

4. This Court has *sua sponte* consolidated this appeal with cases `13-16819, 13-16918, 13-16919, 13-16929, 13-16936 and 13-17097` and has encouraged the parties to the extent possible to file a single brief.

## REQUESTED RELEF

Thomas L. Cox Jr., Tracey Cox Klinge and Katie Sibley requests the Court to grant an extension of time to file the brief currently due on March 7, 2014, until March 17, 2014.

Respectfully submitted,

___/S/ Thomas L. Cox, Jr. _____
Thomas L. Cox, Jr.
Texas Bar Card 04964400
4934 Tremont
Dallas, Texas 75214
469-531-3313
tcox009@yahoo.com

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the above Motion was served has been served by electronic filing with the Clerk of the Court for the 9th Circuit using the appellate ECF system on March 17, 2014.

              ___/S/ Thomas L. Cox, Jr. _____